No. 744. MATHEWSON, ADMINISTRATOR, ET AL. *v.* FIRST TRUST CO. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth

664

Circuit denied. *Mr. Jacob A. Overlander* for petitioners. *Mr. K. B. Randolph* for respondent.